JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHENYU HUANG,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR, LOS ANGELES ASYLUM OFFICE, ET AL.,<br><br>Defendants. | No. 8:24-cv-00488-AB-ADS<br><br>[~~PROPOSED~~]<br><br>**ORDER DISMISSING ACTION**<br><br>Honorable Andre Birotte Jr.<br>United States District Judge |

    Having read and considered the Joint Stipulation to Dismiss the Case submitted by the parties, and finding good cause therefor, the Court DISMISSES the action without costs and without prejudice to the right to re-open the action, or seek an extension to do so, by August 1, 2025 if Defendants have not provided their decision. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: April 18, 2024

_____
HONORABLE ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1